**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PAUL H. ELINE,** : | |
| : | |
| Petitioner : | |
| : | CIVIL NO. 3:CV-11-0767 |
| v. : | |
| : | (Judge Caputo) |
| **JOHN E. WETZEL,** *et al.*, : | |
| : | |
| Respondents : | |

**O R D E R**

**AND NOW**, this **16th** day of **DECEMBER**, **2014**, upon consideration of Mr. Eline's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, it is ordered that:

1. Mr. Eline's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 1) is **DENIED**.

2. Mr. Eline's Motion for Declaratory Judgment (Doc. 61) is **DENIED**.

3. A certificate of appealability is **DENIED**.  *See* 28 U.S.C. § 2253(c).

4. The Clerk of Court is directed to **CLOSE** this file.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO
United States District Judge**